1  WILLIAM R. TAMAYO - #084965 (CA)
   DAVID F. OFFEN-BROWN - #063321 (CA)
2  ELIZABETH ESPARZA-CERVANTES - # 205412 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, CA 94105-1260
5  Telephone No. (415) 625-5658
6  Fax No. (415) 625-5657

7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | COMPLAINT |
| LEXUS OF SERRAMONTE, SONIC AUTOMOTIVE, INC., AND FIRST AMERICA AUTOMOTIVE, | Civil Rights – Employment Discrimination |
| Defendants. | JURY TRIAL DEMAND |

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Charging Party Anne Wei and other similarly situated individuals (the claimants) who were adversely affected by such practices. As alleged below, defendants LEXUS OF SERRAMONTE, SONIC AUTOMOTIVE, INC., and FIRST AMERICA AUTOMOTIVE

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to §706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §2000e-5(f)(1) and (3), and §102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were and are now being committed in Serramonte, California, within the jurisdiction of the United States District Court for the Northern District of California.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (EEOC), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by §706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. At all relevant times, Defendants are and were corporations doing business in the State of California, and have continuously had at least 15 employees.

5. At all relevant times, Defendants have continuously been employers engaged in an industry affecting commerce, within the meaning of §701(b), (g), and (h) of Title VII, 42 U.S.C. § 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Anne Wei filed a charge of discrimination with the EEOC alleging violations of Title VII by Defendants All conditions

COMPLAINT
CIVIL ACTION NO.

precedent to the institution of this lawsuit have been fulfilled.

7. Since at least December of 2001, Defendants have engaged in unlawful practices at their Serramonte location in violation of §703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a)(1). These practices, which continued on a regular basis, included subjecting the claimants to harassment on the basis of their sex, female, which created an offensive, abusive, intimidating, and hostile work environment. The harassment included both verbal and physical acts. For Ms. Wei, the harassment became so intolerable that she was forced to resign in November 2002.

8. The effect of the practices complained of in paragraph 7 above has been to deprive the claimants of equal employment opportunities and to otherwise adversely affect them because of their sex, female.

9. The unlawful employment practices complained of in paragraph 7 above were and are intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice and/or reckless disregard for the federally protected rights of the claimants.

**PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employers, their officers, successors, assigns, and all persons in active concert or participation with them, from engaging in harassment based on sex and any other employment practice which discriminates on the basis of sex.

B. Order Defendant Employers to institute and carry out policies, practices, and programs which provide equal employment opportunities for their employees and which eradicate the effects of their past and present unlawful employment practices.

3

COMPLAINT
CIVIL ACTION NO.

C. Order Defendant Employers to make whole the claimants by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, with interest, in amounts to be determined at trial.

D. Order Defendant Employers to make whole the claimants by providing compensation for past and future non-pecuniary losses caused by the above unlawful conduct, including pain and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and humiliation, in amounts to be determined at trial.

E. Order Defendant Employers to pay the claimants punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems proper.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4

COMPLAINT
CIVIL ACTION NO.

G.  Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Eric S. Dreiband
General Counsel
James L. Lee
Deputy General Counsel
Gwendolyn Young Reams
Associate General Counsel

**Equal Employment Opportunity Commission**
1801 L Street, N.W.
Washington, DC 20507

Date: 3/7, 2005

_[signature]_
WILLIAM R. TAMAYO
Regional Attorney

Date: 3/7, 2005

_[signature]_
DAVID F. OFFEN-BROWN
Supervisory Trial Attorney

Date: 3/7, 2005

_[signature]_
ELIZABETH ESPARZA-CERVANTES
Trial Attorney

**Equal Employment Opportunity Commission**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5658

COMPLAINT
CIVIL ACTION NO.