**WILLIAM R. TAMAYO, SBN 084965**
**DAVID F. OFFEN-BROWN, SBN 063321**
**ELIZABETH ESPARZA-CERVANTES, SBN 205412**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5658**
**Fax No. (415) 625-5657**

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>   Plaintiff,<br>   v.<br><br>**LEXUS OF SERRAMONTE, SONIC AUTOMOTIVE, INC., AND FIRST AMERICA AUTOMOTIVE,**<br><br>   **Defendants.** | Case No.  C-05-0962 SBA (JL)<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY CUT OFF** |

Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff EEOC and Defendants Lexus of Serramonte, Sonic Automotive, Inc. and First America Automotive (hereafter "Defendants") stipulate and request an order continuing the discovery cut off from June 30, 2006 to July 31, 2006. This stipulation is supported by the Points and Authorities below.

## MEMORANDUM OF POINTS AND AUTHORITIES

**A.   Introduction**

This is a class action sex harassment litigation brought by the EEOC against Lexus of Serramonte on behalf of Annie Wei and other similarly-situated women.

There has been no extension of the scheduling conference order so far in this case.

**B.   Argument**

Fed. R. Civ. P. 16 (b) provides for modification of a scheduling order through a showing of good cause.  *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Defendant and the EEOC stipulate, based on the circumstances described below, to extend the

current scheduling order.

Initial written discovery makes the parties believe that with six depositions the parties might be able to resolve this matter through mediation.[1] This includes the deposition of claimants Annie Wei and Salma Rashid and four of Defendants' witnesses. In that vein, the EEOC noticed depositions for March and April 2006, and the parties scheduled a mediation session with retired United States Magistrate Judge Edward Infante for April 19, 2006.

Following this, EEOC Trial Attorney Elizabeth Esparza-Cervantes experienced a death in the family and had to unexpectedly leave town for a couple of weeks. Ms. Esparza-Cervantes' unavailability necessitated canceling all scheduled depositions and the planned mediation.

The parties have since scheduled a mediation date of May 23, 2006, within Judge Infante's tight mediation schedule, and scheduled six depositions to occur between late April and mid-May 2006. Should the parties, however, not settle at the May 23, 2006 mediation session, both parties need additional time to conduct discovery and adequately prepare this case for trial.

At this point, after the May 23, 2006 mediation, there will only be one month left for the close of discovery. That will require the parties to schedule at least ten (10) depositions and propound discovery that the parties have tried to avoid propounding in the interest of saving resources with the potential of settlement. It has been difficult to schedule depositions given counsels' workload, including defense counsel being unavailable for at least one week to work on a trial in a separate matter. It would be impossible for counsel to complete the necessary discovery by June 30, 2006.

Neither the EEOC nor Defendants have sought to delay this case. Quite the contrary: Counsel for both parties have made every effort to get depositions calendared; have exchanged initial disclosures, and have propounded discovery. However, issues have arisen that make a longer discovery period necessary for this case.

//

//

---

[1] If the parties do not settle this matter, Plaintiff will have to take at least six more depositions and Defendants will need additional discovery, as well. Plaintiff further expects to propound further written discovery.

2.

Based on the foregoing, the parties respectfully request that the discovery cut off in this matter be extended by one month: the cut off would then be July 31, 2006.

| | |
|---|---|
| April 19 , 2006 | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| | BY: _____/s/_____<br>Elizabeth Esparza-Cervantes<br>Attorneys for Plaintiff EEOC |
| April 18 , 2006 | FINE, BOGGS, COPE & PERKINS, LLP |
| | BY: _____/s/_____<br>David Hosilyk, Esq.<br>Attorneys for Defendants<br>LEXUS OF SERRAMONTE, SONIC AUTOMOTIVE, INC., and FIRST AMERICA AUTOMOTIVE |

ORDER

For good cause showing, the Court hereby continues the discovery cut off in this matter to July 31, 2006.

It is so ordered. 4/24/06

_____
UNITED STATES DISTRICT JUDGE

3.