UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., | No. C 05-0962 SBA   (JL) |
| Plaintiffs, | |
| v. | **ORDER** |
| LEXUS SERRAMONTE, ET AL., | |
| Defendants. _____/ | |

    This Court ordered the parties to draft a stipulated proposed protective order using the Court's model order as a guide and to submit it to the Court for approval. The parties were able to agree to all provisions. However, Defendants ask the Court to approve an additional provision which would preclude Plaintiff from inviting Defendants' employees to become plaintiffs in this class action against Defendants. The Court sees no justification whatever in such a provision and finds it would violate both the letter and the spirit of the laws governing class actions.

    Accordingly, the parties are hereby ordered to resubmit the proposed order (Docket # 50), after excising sections 5.1(a) and 5.1(b).

IT IS SO ORDERED.

DATED: August 15, 2006

_____
JAMES LARSON
Chief Magistrate Judge