UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

    v.

LEXUS OF SERRAMONTE, SONIC AUTOMOTIVE, INC., and FIRST AMERICA AUTOMOTIVE,

    Defendants.
_____/

No. C 05-0962 SBA

**ORDER DENYING APPLICATION TO SHORTEN TIME FOR HEARING ON DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S ORDER**

    Before the court is plaintiff's Application to Shorten Time for Hearing on Defendants' Objections to Magistrate Judge's Order Granting Motion to Compel, received by the court on August 25, 2006. This request is the second discovery-related "emergency" issue that has been filed before this court in the past three weeks, and that the court has been forced to resolve in expedited fashion on the last day of the business week. For the reasons set forth below, the court DENIES plaintiff's request.

    First, plaintiff seeks an order shortening time for a hearing to which plaintiff is not entitled. Pursuant to Civil L.R. 72-2, "no hearing will be held concerning an objection to a Magistrate Judge's order" unless otherwise ordered by the assigned District Judge. Accordingly, unless Judge Armstrong, the assigned District Judge in this instance, chooses to hold a hearing on defendants' objections, no hearing will be held.

    Denial of plaintiff's request in view of this rule makes sense. The parties appear to raise numerous arguments that challenge, or at the very least impact, the current case management schedule, including pretrial and discovery cutoff dates, as well as settlement conference deadlines. Judge Armstrong, as the presiding judge in this case, has the

greatest amount of familiarity with the case, and is in the best position to pass upon the parties' arguments.

For that reason, the court finds that it is most appropriate for Judge Armstrong, rather than this court, to decide the issues presented by plaintiff's request. Namely, whether (1) a hearing on defendants' objections should be held; (2) if so, when such hearing should be held; and (3) what impact, if any, plaintiff's request has on the overall case management schedule. The court also finds that, as Judge Armstrong is scheduled to return approximately one week from today's date, the parties are not unduly prejudiced by waiting until Judge Armstrong's return for resolution of their underlying issues.

Plaintiff's request is DENIED.

**IT IS SO ORDERED.**

Dated: August 25, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge