UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.E.O.C., | No. C 05-0962 SBA (WDB) |
|     Plaintiff, | ORDER CONTINUING SETTLEMENT CONFERENCE UNTIL RESOLUTION OF DISCOVERY DISPUTE |
|   v. | |
| LEXUS OF SERRAMONTE, | |
|     Defendants. | |
| _____/ | |

    The court has reviewed the parties' confidential settlement conference statements and ORDERS as follows.

    It is the court's view that the parties cannot effectively discuss settlement until the District Court resolves the discovery dispute relating to the unidentified class of women allegedly harassed at Lexus of Serramonte. The court, therefore, CONTINUES the settlement conference scheduled for Monday, August 28, 2006, at 2:00 p.m. to **Thursday, September 14, 2006 at 2:00 p.m.**

    The court is aware that the parties have been ordered by Judge Armstrong to participate in a mandatory settlement conference before September 2, 2006. Because the District Judge is unavailable at this time, this court authorizes a brief of extension of that deadline to accommodate the parties' need to resolve this dispute.

//
//
//

1

The parties must notify the undersigned's chambers immediately upon receiving a schedule for resolution of this matter from the District Court. The court will reschedule the September 14th settlement conference if necessary to accommodate Judge Armstrong's schedule.

IT IS SO ORDERED.

Dated: August 28, 2006

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

cc: parties,
SBA, WDB