**WILLIAM R. TAMAYO, SBN 084965**
**DAVID F. OFFEN-BROWN, SBN 063321**
**ELIZABETH ESPARZA-CERVANTES, SBN 205412**
**LINDA ORDONIO-DIXON, SBN 172830**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Fax No. (415) 625-5657

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>LEXUS OF SERRAMONTE, SONIC AUTOMOTIVE, INC., AND FIRST AMERICA AUTOMOTIVE,<br><br>Defendants. | Case No.  C-05-0962 SBA<br><br>**EX PARTE APPLICATION FOR ORDER SETTING HEARING DATE FOR SEPTEMBER 19, 2006** |

The instant application is filed concurrent with the United States Equal Employment Opportunity Commission's ("EEOC") Motion for Partial Summary Judgment.  Applicant, EEOC requests that the hearing date for its Motion for Partial Summary Judgment be set for September 19, 2006.  Currently, Judge Armstrong's next available date for hearing this motion, as this case ends in an odd number, is October 17, 2006.  The trial of this case is set to begin on October 2, 2006.

The Court initially set the deadline for the filing of dispositive motions for September 26, 2006.  On August 3, 2006, the EEOC discovered that the Court's July 31, 2006, Order "extended" the hearing deadline to September 19, 2006.  EEOC counsel called the Court's clerk to advise of the conflict of deadlines.  Thereafter, on August 4, 2006, this Court clarified that the September 26, 2006 date was in error and that the correct hearing date was September 19, 2006. [Ordonio-Dixon Decl. ¶2.]

C-05-0962 SBA
Ex Parte App./[Proposed] Order

Discovery in this case is open until August 19, 2006. The EEOC has and continues to conduct discovery which includes the subject matter of the instant motion. The EEOC did not file the instant motion sooner so as to include all available evidence, including transcripts of the deposition testimony described in the Declaration of Elizabeth Esparza-Cervantes at paragraphs 7 to 9.

Upon learning on August 4, 2006 of the corrected hearing deadline set by the July 31st Order, the EEOC made immediate plans to file the instant motion. Defense Counsel was contacted on August 4, 2006 to arrange to "meet and confer" as directed by this Court's Pretrial Order. Because of the unavailability of Defense Counsel, these "meet and confer" discussions did not conclude until Friday, August 11, 2006. [Ordonio-Dixon Decl. ¶3.]

The EEOC's Motion for Summary Judgment is timely filed for the September 19, 2006 hearing date. As such, setting the hearing for September 19, 2006 would pose no prejudice to Defendants.

Allowing the EEOC to move forward with the instant motion would allow the Court to rule on various clearly deficient defenses raised by Defendants which could ultimately narrow the issues to be addressed at trial, thus conserving the time and resources of the Court, the jury and the parties.

In view of the foregoing, the EEOC respectfully requests that the Court set the hearing date for the instant motion on September 19, 2006.

WHEREFORE, Applicant prays:

That this court issue an Order allowing the EEOC's motion to be heard before this honorable Court on September 19, 2006.

*//*

*//*

C-05-0962 SBA
Ex Parte App./[Proposed] Order

2.

Respectfully submitted,

Dated August 14, 2006

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

BY: _____//s//_____
       Linda Ordonio-Dixon

It is so ordered.

8/28/06

_____
U.S. District Court Judge

C-05-0962 SBA
Ex Parte App./[Proposed] Order

3.