UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

  v.

LEXUS OF SERRAMONTE, et al.,

        Defendant
_____/

No. C 05-0962 SBA (WDB)

ORDER FOLLOWING SETTLEMENT

On Thursday, September 14, 2006, the undersigned held a settlement conference in this action. The case did not settle during the conference. The parties continued their negotiations the following day, however, and the case settled on Friday, September 15, 2006. Accordingly, **by no later than Tuesday, September 19, 2006,** counsel for Plaintiff must send a letter to the District Court, the Honorable Saundra Brown Armstrong, with a copy to the undersigned, stating that the case settled and notifying the Court of a date certain by which the parties will file a stipulation of dismissal.

    IT IS SO ORDERED.

Dated: September 15, 2006

                                                  */s/ Wayne D. Brazil*
                                                WAYNE D. BRAZIL
                                                United States Magistrate Judge

cc: parties, SBA, WDB, stats

1